UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN HYATT, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:15-cv-05192-SDW-SCM |
| | ) |
| STUDENT ASSISTANCE | ) |
| CORPORATION., | ) |
| | ) |
| **Defendant.** | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/Ross S. Enders
Ross S. Enders, Esq.
Sessions Fishman Nathan & Israel
2303 Oxfordshire Road
Furlong, PA 18925
Phone: 215-794-7207
Fax: 215-794-5079
Email: renders@sessions-law.biz
Attorney for the Defendant

Date: July 12, 2016

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: July 12, 2016

BY THE COURT:

_____
USDJ.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of July, 2016:

Ross S. Enders, Esq.
Sessions Fishman Nathan & Israel
2303 Oxfordshire Road
Furlong, PA 18925
Phone: 215-794-7207
Fax: 215-794-5079
Email: renders@sessions-law.biz
Attorney for the Defendant

/s/ Amy L. Bennecoff Ginsburg
Amy L. Benecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff